## WESTERN UNION TEL. CO. v. PERRY.

No. 2460. Opinion Filed January 7, 1913.

*Error from District Court, Jackson County;*
*J. T. Johnson, Judge.*

Action by Mrs. J. E. Perry against the Western Union Telegraph Company, for damages. Judgment for plaintiff, and defendant brings error. Reversed.

*Geo. H. Fearrons, Shartel, Keaton & Wells,* and *Stevens & Meyers,* for plaintiff in error.

*Bartholomew & Petry,* for defendant in error.

Opinion by ROBERTSON, C. The questions presented by the record in this case have been completely and finally settled by the decisions of this court in *Western U. Tel. Co. v. Reeves,* 34 Okla. 468, 126 Pac. 216; *Western U. Tel. Co. v. Foy,* 32 Okla. 801, 124 Pac. 305; *Thomas v. Western U. Tel. Co.,* 30

Okla. 63, 118 Pac. 370; *Western U. Tel. Co. v. Choteau*, 28 Okla. 664, 115 Pac. 879, and *Butner v. Western U. Tel. Co.*, 2 Okla. 234, 37 Pac. 1087. On the authority of these cases, the judgment of the district court of Jackson county should be reversed.

By the Court: It is so ordered.